# EXHIBIT A –DISMISSED DEFENDANTS

| DEFENDANT | CIVIL ACTION NO. |
|---|---|
| Kirk | 04-CV-712 |
| Allen Engineering | 04-CV-715 |
| Equilon Enterprises | 04-CV-724 |
| Cowin Equipment | 04-CV-728 |
| Crane Works Inc. | 04-CV-729 |
| D 3 Equipment | 04-CV-735 |
| Mustang Tractor | 04-CV-736 |
| KForce.com Inc. | 04-CV-745 |
| PSR Professional | 04-CV-747 |
| Zenith Consulting | 04-CV-748 |
| Mackissic Inc. | 04-CV-751 |
| Supreme Oil Co. | 04-CV-752 |
| Taylor Petroleum | 04-CV-756 |
| Solideal Industrial | 04-CV-760 |
| TIFCO Industries Inc. | 04-CV-761 |
| Mayville Engineering | 04-CV-762 |
| Tractor & Equipment | 04-CV-764 |
| 2W Intl Corp. | 04-CV-765 |
| AIS Construction | 04-CV-771 |
| Info USA Inc. | 04-CV-775 |
| Andrica Metals Corp. | 04-CV-778 |
| MD Moddy & Sons Inc. | 04-CV-780 |
| Material Handling Eq | 04-CV-782 |
| Avcard | 04-CV-788 |
| Reco Equipment Inc. | 04-CV-793 |
| Cummins Interstate | 04-CV-794 |
| Rish Equipment Comp. | 04-CV-796 |
| Road Machinery Co. | 04-CV-797 |
| Westway Heavy Transportation | 04-CV-798 |
| Allen Oil Company | 04-CV-801 |
| Circle City GMC | 04-CV-803 |
| Collier Tires & Auto | 04-CV-807 |
| Takeuchi Mfg. US Ltd. | 04-CV-809 |
| Redwood Oil Company | 04-CV-810 |
| Davidwood Personnel | 04-CV-811 |
| Terex Aerials, Inc. | 04-CV-973 |
| General Equipment | 04-CV-974 |
| A& H House | 04-CV-975 |
| Gil's Equipment | 04-CV-977 |
| Adirondack Tire Co. | 04-CV-978 |
| Joe Jeter Sales | 04-CV-981 |
| American Pneumatic | 04-CV-982 |
| Alabama Jack Company | 04-CV-984 |

**EXHIBIT A –DISMISSED DEFENDANTS**

| DEFENDANT | CIVIL ACTION NO. |
|---|---|
| The Gorman-Rupp Company | 04-CV-985 |
| Allmand | 04-CV-989 |
| Specialty Lighting | 04-CV-990 |
| Bil-Jax Scaffolding | 04-CV-991 |
| Brunner & Lay Inc. | 04-CV-992 |
| Anderson | 04-CV-994 |
| Columbus Equipment | 04-CV-998 |
| Maxim Manufacturing | 04-CV-1000 |
| CT Communications, et al. | 04-CV-1003 |
| Metso Minerals, et al. | 04-CV-1011 |
| Eagle Manufacturing | 04-CV-1015 |
| Vermeer Manufacturing | 04-CV-1016 |
| Electric Eel Mfg. | 04-CV-1017 |
| Mi-T-M Corporation | 04-CV-1018 |
| Safe Waze | 04-CV-1020 |
| NACM Ohio | 04-CV-1024 |
| Berry-Hinckley | 04-CV-1034 |
| Aggovino & Asselta | 04-CV-1035 |
| American Sling Co. | 04-CV-1036 |
| Anderson Equipment | 04-CV-1038 |
| Brandeis Machinery | 04-CV-1040 |
| Gator Ford Trucks | 04-CV-1048 |
| RDO Equipment Company | 04-CV-1053 |
| CJ Lee Properties | 04-CV-1057 |
| Cognos | 04-CV-1058 |
| Bayou City Waste | 04-CV-1059 |
| Briggs Equipment | 04-CV-1068 |
| Pacific Century LSG | 04-CV-1074 |
| Burch-Lowe Inc. | 04-CV-1076 |
| J&B Tire Sales | 04-CV-1078 |
| Crawler Supply Co. | 04-CV-1083 |
| Laclede Chain Mfg. Co. | 04-CV-1086 |
| G&S Industrial Inc. | 04-CV-1095 |
| World Fuel Services | 04-CV-1099 |
| Ronald J. Robert | 04-CV-1104 |
| Sullair Corporation | 04-CV-1105 |
| Telecheck | 04-CV-1115 |
| Kraft Tool Co. | 04-CV-1118 |
| Ed Perry Tire Company | 04-CV-1121 |
| Employee Management | 04-CV-1122 |
| Englefield Oil Company | 04-CV-1126 |
| Ericom Software Inc. | 04-CV-1127 |
| Fallon Community | 04-CV-1132 |

## EXHIBIT A –DISMISSED DEFENDANTS

| DEFENDANT | CIVIL ACTION NO. |
|---|---|
| Colorado Fastners | 04-CV-1135 |
| Colorado Machinery | 04-CV-1136 |
| Unifirst Corp. | 04-CV-1139 |
| Ferrell Gas | 04-CV-1143 |
| Construction Tire | 04-CV-1145 |
| Cogg's Tire Service | 04-CV-1146 |
| Corporate Safe | 04-CV-1147 |
| Coleman Engineering | 04-CV-1148 |
| Doskocil Industries | 04-CV-1150 |
| Smith Brothers | 04-CV-1152 |
| Fort Worth Gear | 04-CV-1156 |
| Duhon Machinery Co. | 04-CV-1157 |
| Dayton-Evans Motor | 04-CV-1163 |
| Witch Equipment Co. | 04-CV-1164 |
| Worcester Truck Body | 04-CV-1168 |
| Sensormatic Corp. | 04-CV-1169 |
| Ditch Witch | 04-CV-1173 |
| Spencer Technologies | 04-CV-1177 |
| Stihl Inc National | 04-CV-1180 |
| Wendel | 04-CV-1185 |
| Jek Supply Co. Inc. | 04-CV-1187 |
| Star Industries Comp | 04-CV-1190 |
| Wagman Metal Product | 04-CV-1195 |