## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 9th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

*Vermeer Sales of Texas, Inc.*
Attn:  President/CEO and
           Carl Van Roekel
6401 Highway South
New Braunfels, TX 78132

_____
Mary E. Augustine (No. 4477)

619743v1